IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC., d/b/a Office Depot #682; RICHARD V. MCKINLEY, Co-Trustee of the Richard V. McKinley Family Trust under Declaration of Trust dated October 2, 1987; PATRICIA J. MCKINLEY, Co-Trustee of the Richard V. McKinley Family Trust under Declaration of Trust dated October 2, 1987<br><br>            Defendants. | 2:09-cv-00868-GEB-DAD<br><br>ORDER RE SETTLEMENT AND DISPOSITION |

       On July 16, 2009, Plaintiff filed a Notice of Settlement in which he indicates this action has settled, and that "[t]he parties anticipate filing a Stipulation for dismissal within four weeks." Therefore, a dispositional document shall be filed no later than August 13, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to

1

1 file dispositional papers on the date prescribed by the Court may be
2 grounds for sanctions.").
3     IT IS SO ORDERED.
4 Dated: July 22, 2009

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge